MOT
Jason Lee Garcia
10036 Stampede Canyon Court
Las Vegas, NV  89147
Cell:  (702) 218-8043

RECEIVED AND ...
FEB 8  10 15 AM '11

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:                              ) Chapter 13 Proceedings
                                    ) Case No.: BK-S-10-16481-lbr
    JASON LEE GARCIA      )
                                    )
        Debtor(s).         )
_____)

## MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF SILVER STATE SCHOOLS CREDIT UNION (SECOND MORTGAGE) PURSUANT TO 11 U.S.C. 506(a) AND 1322

Comes now the Debtor, **JASON L. GARCIA** (hereinafter the "debtor"), and respectfully moves this Court pursuant to 11 U.S.C. 506(a), and 1322, and Bankruptcy Rules 3012 and 9014.

## STATEMENT OF FACTS

1. Debtor filed the instant Chapter 13, Case Number **10-16481** on **APRIL 14, 2010.**

2. As of the date of filing, debtor owned real property located at 10036 STAMPEDE CANYON COURT, LAS VEGAS, NEVADA 89147 (hereafter the "Subject Property").

3. Debtor has obtained from Zillow that places the value of the subject property at **$181,000**.

4. At the time of filing the instant petition, the Subject Property was subject to the following liens:

**MOREEQUITY INC. (First Mortgage): $399,900.00**

**SILVER STATE SCHOOLS CREDIT UNION (Second Mortgage): $17,532.00**

5. Therefore, on the date the instant bankruptcy was filed, no equity existed in the Subject Property above the claims of **SILVER STATE SCHOOLS CREDIT UNION**.

6. **SILVER STATE SCHOOLS CREDIT UNION's** claim was wholly unsecured on the petition date and if the Subject Property was sold at auction **SILVER STATE SCHOOLS CREDIT UNION** would receive nothing.

7. Accordingly the debtor requests that Your Honor find the **SILVER STATE SCHOOLS CREDIT UNION's** claim is unsecured and should be

reclassified as a general unsecured claim to receive pro rata with other general unsecured creditors through the debtor's Chapter 13 plan.

## LEGAL ARGUMENT

In *In re Zimmer*, 313 F.3d 1220 (9th Cir.2002), the Court stated that a wholly unsecured lien holder's claim can be modified and reclassified as a general unsecured claim pursuant to 11 U.S.C. 506(a), despite the anti-modification language in 1322(b)(2). Specifically, the Court held:

> Section 506(a) divides creditors' claims into "secured...claims" and "unsecured claims." Although the conventional interpretation of "secured" might include any claim in which the creditor has a security interest in the debtor's property, 506(a) makes clear that the status of a claim depends on the valuation of the property. An allowed claim of a creditor secured by a lien on property in which the estate has an interest ... is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property ... and is an unsecured claim to the extent that the value of such creditor's interest ... is less than the amount of such allowed claim. To put it more simply, a claim such as a mortgage is not a "secured claim" to the extent that it exceeds the value of the property that secures it. Under the Bankruptcy Code, "secured claim" is thus a term of art; not every claim that is secured by a lien on property will be considered a "secured claim." Here, it is plain that **SILVER STATE SCHOOLS CREDIT UNION**'s claim for the repayment of its loan is an unsecured claim, because its deed of trust is junior to the first deed of trust, and the value of the loan secured by the first deed of trust is greater than the value of the house.

Accordingly, since **SILVER STATE SCHOOLS CREDIT UNION'S**

second mortgage claim is wholly unsecured (in that there is no extant equity above the first mortgage in the Subject Property), the claim should be reclassified by this Court as a general unsecured claim and share in whatever pro rate distribution is being received. **SILVER STATE SCHOOLS CREDIT UNION** should also be stripped of its secured rights under Nevada State Law since no maintainable security interest in the subject property exists.

Furthermore, the Debtor is not required to file an adversary proceeding to strip the lien of its secured status. Debtor may "strip off" **SILVER STATE SCHOOLS CREDIT UNION's** consensual lien by motion. *See In re Willaims,* 166 B.R. 615 (Bankr.E.D.Va1994), *In re Fuller* 255 B.R. 300 (Bakr.W.D.Mich.2000), *In re Hoskins,* 262 B.R. 693 (Bankr.E.D.Mich.2001), *In re King,* 290 B.R. 641 (Bankr.C.D.III.2003), *In re Millspaugh,* 302 B.R. 90 (Bankr.D.Idaho 2003), *Dickey v. Ben. Fin. (In re Dickey)* 293 B.R. 360 (Bankr.M.D.Pa.2003), *In re Hill,* 304 B.R. 800 (Bankr.S.D.Ohio 2003); *In re Sadala* 294 B.R. 180 (Bankr.M.D.Fla.2003), *In re Fisher,* 289 B.R. 544 (Bankr.W.D.N.Y.2003), *In re Robert,* 313 B.R. 545 (Bankr.N.D.N.Y.2004), *In re Bennett,* 312 B.R. 832 (Bankr.W.D.Ky.2004).

## **CONCLUSION**

Debtor respectfully requests that the court:

1. Determine that the first mortgage on the subject property far exceeds the value;

2. Determine that the **SILVER STATE SCHOOLS CREDIT UNION** second mortgage claim is a wholly unsecured claim and strip the lien from the subject property pursuant to 11 U.S.C. Section 506(a);

3. Reclassify the secured claim filed by **SILVER STATE SCHOOLS CREDIT UNION** as a general unsecured claim to be paid pro rata in the general unsecured pool of Debtors' Chapter 13 Plan.

4. For such other and further relief which the Court deems just and proper.

Dated: 2/8/11

JASON L. GARCIA
Debtor

# EXHIBIT 1

Map   US   Nevada   **Clark**   City                                                         Views: 20

Hey Android owners! Shop on-the-go with the Zillow Android App.

# 10036 Stampede Canyon Ct

**Zestimate®:**   $181,000
**Value Range:**   $163K – $212K

**Monthly payment:**
See current rates on Zillow  $722
Check your 2010 Credit Score



No photos available for this property

| Bedrooms: | 4 |
| --- | --- |
| Bathrooms: | 2.5 |
| Sqft: | 2,078 |
| Lot size: | 8,712 sq ft / 0.20 acres |
| Property type: | Single Family |
| Year built: | 2001 |
| Parking type: | Garage - Attached |
| Cooling system: | Central |
| Heating system: | Forced air |
| Fireplace: | -- |
| Last sold: | April 04 2005 |

## Description

This 2078 square foot single family home has 4 bedrooms and 2.5 bathrooms. It is located at 10036 Stampede Canyon Ct Las Vegas, Nevada. This home is in the Clark School District. The nearest schools are Keith C. & Karen W. Hayes Elementary School, Victoria Fertitta Middle School and Spring Valley High School.

More facts

Post for sale/rent    Save    Share    E-mail me    Edit    Print

## Charts and Data

| | Value | Range | 30-day change | $/sqft | Last updated |
| --- | --- | --- | --- | --- | --- |
| Zestimate® | $181,000 | $163K – $212K | -$2,500 | $87 | 11/27/2010 |
| My estimate | Create estimate | | | | |
| Owner Comment | Post a comment | | | | |